IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MAR - 4 2010

JENNIFER DOLAN,

    Plaintiff,

v.       Civil Action No. 3:09cv156

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.

### ORDER

The pending MOTION FOR SUMMARY JUDGMENT filed by the plaintiff (Docket No. 7) and the pending DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 9) were referred to Magistrate Judge Dennis W. Dohnal for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Docket No. 13) entered herein on December 10, 2009, the plaintiff's objections thereto (Docket No. 14), the defendant's response to plaintiff's objections (Docket No. 15) and having considered the record and REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE and finding no error therein, it is hereby ORDERED that:

(1)  The plaintiff's objections are overruled;

(2)  The REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE is ADOPTED on the basis of the reasoning of the Report and Recommendation;

(3) The MOTION FOR SUMMARY JUDGMENT filed by the plaintiff (Docket No. 7) is denied;

(4) The DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 9 is granted; and

(5) The final decision of the Commissioner of Social Security is affirmed and the action in this Court is closed.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

The Clerk is directed to send a copy of this Order to Magistrate Judge Dohnal.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: ~~February~~ March 4, 2010
REP